UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

In Re: **Sandra Anderson**　　　　　　　　　　　　Case No. **15-61801**
　　　　Debtor　　　　　　　　　　　　　　　　　Chapter **7**
　　　　　　　　　　　　　　　　　　　　　　　　Date Filed: **09/24/15**

TRUSTEE:　　　　　　　　　　　　　　　　　　COUNSEL FOR DEBTORS(S)
**NOT YET ASSIGNED**　　　　　　　　　　　　**Margaret C. Valois**
　　　　　　　　　　　　　　　　　　　　　　**7601 Timberlake Road**
　　　　　　　　　　　　　　　　　　　　　　**Lynchburg, VA 24502**

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, Sandra Anderson by counsel, pursuant to Bankruptcy Code §362(a), and respectfully represents:

1. That your applicant has filed his petition for relief under Chapter 7 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by the Buckingham General district Court, PO Box 127, Buckingham, VA 23921 within 90 days of the filing of the above-named petition;

3. That said garnishment in favor of Worldwide Asset Purchasing LLC, Christine Johnson, Protas, Spivok & Collins LLC, 4330 East West Highway, Suite 900, Bethesda, MD 20814-4454 and has a return date of September 25, 2015 and applicant's employer, State of Virginia Department of Corrections, Attn: Human Resources/Payroll, 6900 Atmore Drive, Richmond, VA 23225, and has withheld a sum of approximately **$2,379.37**.

WHEREFORE, your applicant prays that said garnishment be quashed and that they have such other and further relief as the nature of their case may require.

Copies hereof are directed by mail to the debtor, creditor, and debtor's employer.

DATE: September 24, 2015　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　　Sandra Anderson
　　　　　　　　　　　　　　　　　　　　　　By: /s/ Margaret C. Valois
　　　　　　　　　　　　　　　　　　　　　　Of Counsel
　　　　　　　　　　　　　　　　　　　　　　Margaret C. Valois
　　　　　　　　　　　　　　　　　　　　　　Counsel for Debtor
　　　　　　　　　　　　　　　　　　　　　　7601 Timberlake Road
　　　　　　　　　　　　　　　　　　　　　　Lynchburg, VA 24504
　　　　　　　　　　　　　　　　　　　　　　(434) 845-4529